1 JOHN H. BRINK  BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
2 IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
3 Glendale, CA 91210
Telephone:  (818) 242-6859
4 Facsimile:  (818) 240-7728

5 Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11 UNITED STATES OF AMERICA, )    CASE NO. ACV 10-01050
                           )
12      Plaintiff,            )    CONSENT JUDGMENT
                           )
13      v.                    )
                           )
14 DARIN P. BURNETT,         )
                           )
15                           )
      Defendant,            )
16 _____)

17

18      Pursuant to the above stipulation of the parties, Judgment is hereby entered

19 in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant,

20 DARIN P. BURNETT, as to claim one, in the total amount of $6,876.42 and as to

21 claim two the total amount of $7,739.37  for a total judgment amount of

22 $14,615.79.

23

24 Dated: _____3/8/2010_____        TERRY NAFISI, CLERK
                                        United States District Court
25                                        Central District of California

26

27 By: Deputy Clerk

28

                                   1